**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00259-CNS

UNITED STATES OF AMERICA

        Plaintiff,

v.

PATRICK ESCH, and
ED DEAN JAGERS II,

        Defendants.

## JOINT MOTION FOR BRIEF CONTINUANCE OF CHANGE OF PLEA HEARINGS

The Defendants, by and through counsel Richard K. Kornfeld of Recht Kornfeld, PC and Gregory Goldberg of Holland & Hart LLP, and the United States, by and through Assistant United States Attorney Bryan Fields, respectfully move for a brief continuance of the Defendants' Change of Plea Hearings currently scheduled for August 17, 2023. In support of said Motion, the parties state the following:

1. Mr. Esch is scheduled for a Change of Plea Hearing on August 17, 2023 at 9:00 a.m. in Courtroom A 702. Mr. Jagers is set for a Change of Plea Hearing on the same day at 10:00 a.m.

2. Pursuant to the Court's practice standards, the proposed plea documents shall be emailed to the chambers at least three business days prior to the hearing, which in this case is Monday, August 14th.

3. The parties have been working for a number of months to resolve this case. There are some last-minute complications with the plea language that the parties

1

are working hard to resolve, but unfortunately, counsel will be unable to provide proposed plea paperwork to the court on Monday, August 14th.

4. The parties are jointly asking for a brief continuance of approximately two weeks to resolve the remaining issues with the plea paperwork. The parties agree that the plea agreement language issues will not affect Defendants' decisions to resolve this case by Plea Agreement.

WHEREFORE, the parties jointly move for a brief continuance of the Defendants' Change of Plea Hearings currently scheduled for August 17, 2023.

Dated this 11th day of August, 2023.

s/ Richard K. Kornfeld
Richard K. Kornfeld
RECHT KORNFELD, PC
1600 Stout Street, Suite 1400
Denver, CO 80202
(303)573-1900
rick@rklawpc.com
Attorney for Defendant Jagers

s/ Gregory E. Goldberg
Gregory E. Goldberg
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80201
(303) 295-8513
ggoldberg@hollandhart.com
Attorney for Defendant Esch

s/ Bryan D. Fields
Bryan D. Fields
Assistant United States Attorney's Office
District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

(303) 454-0100
Bryan.fields3@usdoj.gov
Attorney for the Government

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2023, I submitted the foregoing **Joint Motion for Brief Continuance of Change of Plea Hearings** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Erin Mohr*