IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00259-CNS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PATRICK ESCH,

        Defendant.

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Defendant Patrick Esch, by and through his counsel, Greg E. Goldberg and John D. Sullivan, respectfully moves the Court for permission to travel as described below. In support of said motion, Mr. Esch states:

1. Undersigned counsel has discussed this motion with counsel for the government, Bryan Fields, who has no objection to the requested relief.

2. On May 15, 2023, Mr. Esch was charged by Information with one count of conspiracy to defraud the United States. He appeared by summons the following day, waived indictment, and the Court released him on a personal recognizance bond ("PR Bond") <u>without supervision</u> by the U.S. Probation Office.

3. Mr. Esch's PR Bond restricts his travel to Colorado and work-related to travel to Kansas absent prior permission by the Court. Doc. 10 at 2 (Condition 7(f)).

4. Mr. Esch has complied fully with his PR Bond conditions.

5. Mr. Esch respectfully requests the Court's permission for the following travel:

      a.      Payson, AZ: between approximately November 7 to November 16, for travel to work on family ranch.

      b.      Pecos, TX: between approximately November 27 to December 15, to prepare a family property to place on the market.

      c.      Maui and Kauia, HI: from November 17 to November 26, Mr. Esch's three adult children have arranged a family trip to Maui for them, Mr. Esch and his wife, and their grandchildren. The trip is being paid for entirely by Mr. Esch's adult children, and not by Mr. Esch or his wife.

WHEREFORE, Mr. Esch respectfully requests the Court modify his PR Bond to permit the above-described travel.

Dated:  November 1, 2023.

Respectfully submitted,

*/s/ Greg E. Goldberg*
Greg E. Goldberg
John D. Sullivan
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Phone: (303) 295-8000
ggoldberg@hollandhart.com

*Counsel for Defendant Patrick Esch*

CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2023, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

      */s/ Greg E. Goldberg*
      Greg E. Goldberg