IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00259-CNS

UNITED STATES OF AMERICA

       Plaintiff,

v.

ED DEAN JAGERS II,

       Defendant.

---

## DEFENDANT'S OBJECTIONS AND CORRECTIONS TO THE PRESENTENCE REPORT

---

Defendant Ed Dean Jagers II, by and through counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., respectfully files the following objections and corrections to the Presentence Report ("PSR") (Doc. 40) in this case.

1. Defendant does not have any objections to the PSR.

2. Defendant notes the following clarifications to the PSR:

    a. Regarding paragraph 27, Defendant denies that he ever approached CC-2, Mark Fox, to tamper with rain gauges, and similarly denies allegedly telling Fox that he (defendant) lost $68,000 every day it rained. If that were true, Defendant would have been out of the farm and ranching business years ago as it does not rain regularly in Eastern Colorado. Defendant recalls being with Fox only one time, during a hunting trip with other individuals.

    b. Regarding paragraph 28, Defendant never paid his son to tamper with gauges.

1

    c. Regarding paragraph 31, it is true that Defendant and his co-Defendant still face substantial additional penalties and damages with respect to the civil False Claims Act case. Defendant is in the process of actively trying to settle this case with the Civil Division of the U.S. Attorney's Office and expects to have at least an agreement in principle in place at the time of sentencing.

    d. Regarding paragraph 44 of the PSR, Defendant agrees that he meets the criteria for the application of an additional two-point reduction in the base offense level of the guidelines, pursuant to U.S.S.G. Section 4C1.1(a)(1)-(10), which would bring his adjusted total offense level down to 17, rather than 19 as set forth in the Plea Agreement. Accordingly, Defendant's presumptive guidelines range is 24-30 months, as set forth in the PSR. Defendant avers that the guidelines calculation of offense level in the PSR, at paragraphs 36-47, are more accurate than the calculation in the Plea Agreement, which failed to apply U.S.S.G. Section 4C1.1(a)(1)-(10). The government has indicated to undersigned counsel that it agrees with the calculation in the PSR, i.e. an adjusted total offense level of 17, rather than 19 as articulated in the Plea Agreement.  Accordingly, it is undersigned counsel's understanding from the government any 5K1.1 departure motion will be off of the adjusted offense level of 17, rather than 19.

Dated this 16th day of November, 2023.

        *s/ Richard K. Kornfeld*
        Richard K. Kornfeld
        RECHT KORNFELD, PC
        1600 Stout Street, Suite 1400
        Denver, CO 80202
        (303) 573-1900
        rick@rklawpc.com
        Attorney for Defendant Jagers

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2023, I submitted the foregoing **DEFENDANT'S OBJECTIONS AND CORRECTIONS TO THE PRESENTENCE REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.

*s/ Erin Mohr*