# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  23-cr-00259-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ED DEAN JAGERS II

    Defendant.

_____

# UNITED STATES' MOTION TO DECREASE OFFENSE LEVEL BY ONE ADDITIONAL LEVEL PURSUANT TO U.S.S.G § 3E1.1(b)
_____

    The United States of America respectfully moves the Court to decrease the offense level by one additional level pursuant to United States Sentencing Guidelines §3E1.1(b). As grounds therefore, the government states:

    (1) The defendant has clearly demonstrated acceptance of responsibility for his offense and is entitled to a decrease in the offense level by two levels pursuant to U.S.S.G. §3E1.1(a).

    (2) The defendant has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

Respectfully submitted this 1st day of December, 2023.

                                            COLE FINEGAN
                                            United States Attorney

                        By:    s/ *Bryan David Fields*
                                            BRYAN DAVID FIELDS
                                            Assistant United States Attorney
                                            1801 California Street, Suite 1600
                                            Denver, CO 80202
                                            Telephone 303-454-0100
                                            Facsimile 303-454-0402
                                            Bryan.Fields3@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov