**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:23-cr-00259-CNS-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Patrick Joseph ESCH,

      Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

IT IS ORDERED that the Defendant, Patrick Joseph ESCH, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at FCI Englewood Satellite Camp, located at 9595 West Quincy Avenue, Littleton, Colorado, before 12:00p.m. on Thursday, January 25, 2024, and will travel at his own expense.

DATED at Denver, Colorado, this ___16th___ day of January, 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge